IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION



UNITED STATES OF AMERICA

v.                          CRIMINAL NO. 1:03cr6DCB

JAMES A. RICHARDSON

## AGREED ORDER REDUCING SENTENCE

The Court considers this case pursuant to its authority under 18 U.S.C. § 3582(c)(2) and Federal Rule of Criminal Procedure 43(b)(4). The U.S. Sentencing Commission has reduced guideline offense levels for cocaine base cases, and has made the reductions retroactive to previously-sentenced defendants. The parties agree that a sentencing reduction is appropriate in this case. The Court concurs, and hereby ORDERS as follows:

(1) The sentence in this case is reduced from 108 to 87 months;

(2) All other terms and provisions of the original judgment remain in effect.

A copy of this agreed order shall be transmitted to the Bureau of Prisons immediately.

SO ORDERED on this the 2nd day of MARCH, 2009.

                                                   UNITED STATES DISTRICT JUDGE

AGREED:

_s/John A. Meynardie_                         _/s/ George L. Lucas_
ASSISTANT U.S. ATTORNEY             DEFENSE COUNSEL